**IN RE: INVESTIGATION OF A. C. FRANKS, Attorney**

14 So. (2nd) 672                                      June Term, 1943
July 24, 1943                                         En Banc
Rehearing Denied Sept. 20, 1943

*F. M. Hudson* and *H. H. Eyles,* for appellant.
*Grady C. Harris,* for appellee.

PER CURIAM:

Upon consideration of the record and the arguments of counsel, our conclusion is that the first paragraph of the court's order of January 13, 1943, should be affirmed and the second paragraph reversed.

It is so ordered.

BUFORD, C. J., TERRELL, CHAPMAN, THOMAS, ADAMS and SEBRING, JJ., concur.